

# Central Violations Bureau

Administrative Office of the United States Courts
Office of Court Administration
San Antonio, Texas

## CVB Citation Search Results

| LOC-CITATION | NAME | TYPE | DISP | DISP DATE | HEARING DATE | PAID | DUE |
|---|---|---|---|---|---|---|---|
| WE50 1265531 | FIUMEFREDDO, JOHN | | NJ | 01/20/2009 | 11/17/2008 | 0.00 | 275.00 |
| WE50 1265530 | FIUMEFREDDO, JOHN | | NJ | 01/20/2009 | 11/17/2008 | 0.00 | 275.00 |
| WE50 1265529 | FIUMEFREDDO, JOHN | | NJ | 01/20/2009 | 11/17/2008 | 0.00 | 225.00 |
| WE50 1265532 | FIUMEFREDDO, JOHN A | | NJ | 01/20/2009 | 11/17/2008 | 0.00 | 275.00 |
| WE50 1265601 | FIUMEFREDDO, JOHN A | | NW | 05/18/2009 | 03/16/2009 | 0.00 | 275.00 |
| WE50 1266713 | FIUMEFREDDO, JOHN A | | NJ | 01/20/2009 | 05/19/2008 | 0.00 | 275.00 |
| WE50 1265804 | FIUMEFREDDO, JOHN A | | NJ | 10/19/2009 | 10/19/2009 | 0.00 | 275.00 |
| WE50 1265518 | FIUMEFREDDO, JOHN A | | NJ | 07/20/2009 | 07/20/2009 | 0.00 | 275.00 |
| WE50 1266710 | FIUMEFREDDO, JOHN A | | NJ | 01/20/2009 | 03/17/2008 | 0.00 | 275.00 |
| WE50 1266644 | FIUMEFREDDO, JOHN A | | NJ | 01/20/2009 | 06/16/2008 | 0.00 | 75.00 |
| WE50 1117395 | FIUMEFREDDO, JOHN A | MANDATORY | NJ | 07/20/2009 | 07/20/2009 | 0.00 | 0.00 |
| WE50 1265620 | FIUMEFREDDO, JOHN H | | NJ | 04/20/2009 | 04/20/2009 | 0.00 | 275.00 |

Central Violations Bureau Home Page

*For information or comments, please contact:*

Central Violations Bureau 

The Central Violations Bureau hours are 8:00am to 6:00pm Monday - Friday CST.

**Central Violations Bureau**
P.O. Box 780549
San Antonio, TX 78278
(800) 827-2982
(210) 301-6400

Location: WE50 Citation: 1265531 SIDE: A

New Citation Search  New Hearing Search

# United States District Court
## Violation Notice

**CVB Location Code** WE-00

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265531 | KOPP | 3002 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/5/08 @ 1324 | 38 CFR 1 218 (b) ( 11 ) |

Place of Offense

VA Police Operations

Offense Description

Disorderly Conduct

### DEFENDANT INFORMATION  Phone ( )  -

| Last Name | First Name | M I |
|---|---|---|
| Fiume-Freddolo | John | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53214 | 158 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | | -8093 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: Brn  Eyes:  Height 5'07"  Weight 150

### VEHICLE DESCRIPTION  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| **517 E. Wisconsin Ave.** Milwaukee, WI 53202 | Time (hh mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature  Refused to sign

Rev 07/2008  Original - CVB Copy

**Location: WE50 Citation: 1265531 SIDE: B**

**New Citation Search  New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 5 2008 while exercising my duties as a law enforcement officer in the Eastern District of Wisconsin

I observed John A Fiumefreddo become loud and boisterous while speaking with Deputy Chief Luthardt. Deputy Chief Luthardt was explaining the consequences of his actions to Fiumefreddo. Fiumefreddo impeded the normal operation of our facility by his disorderly behavior.

The foregoing statement is based upon
☑ my personal observation        my personal investigation
☑ information supplied to me from my fellow officer s observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 4/5/08
    Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
    Date (mm/dd/yyyy)     U S Magistrate Judge

CVB Scan 10/15/2008 11 36 20

## Location: WE50 Citation: 1265530 SIDE: A

### New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code

WE-50

Violation Number
**1265530**

Officer Name (Print)
KOPP

Officer No
3002

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy)
9/5/08@1324

Offense Charged ☐ CFR  ☐ USC  ☐ State Code
38 CFR 1 218 (b) ( ) )

Place of Offense
VA Credit Union

Offense Description
Disorderly Conduct,

**DEFENDANT INFORMATION**  Phone (    )

Last Name
FiumeFreddda

First Name
Sohn

M ?

Street Address

City
Milwaukee

State
WI

Zip Code
53214

D.O.B. (mm/dd/yyyy)
58

Drivers License No

D L State

Social Security No
-8093

☑ Adult ☐ Juvenile  Sex ☑ Male ☐ Female

Hair

Eyes

Height
5-0

Weight
150

**VEHICLE DESCRIPTION**  VIN

Tag No

State

Year

Make/Model

Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250  Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →**  $ 275  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
**517 E Wisconsin Ave.**
**Milwaukee, WI 53202**

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature  Refused to Sign

Original CVB Copy

Case 2:10-mj-00002-AEG   Filed 02/02/10   Page 4 of 25   Document 1

## Location: WE50 Citation: 1265530 SIDE: B

## New Citation Search   New Hearing Search

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 5, 2008 while exercising my duties as a law enforcement officer in the Eastern District of Wisconsin

VA Credit Union employee Magda Milkowski contacted our department regarding a male who was intoxicated and using loud vulgar language in the VA Credit Union. This loud and boisterous behavior impeded the normal operation of the credit union. Employees identified the subject as John Fiume Fredola, who completed a transaction at a window. Fiume Fredola had this receipt in his pocket when he was brought to VA Police Operations.

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon

☐ my personal observation     ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☑ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on ___9/5/08___     _____
       Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
       Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 10/15/2008 11 36 20

## Location: WE50 Citation: 1265529 SIDE: A

## New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code

WE-50

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265529 | KaPP | 3002 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/5/08@1324 | 38 CFR 1 218 (b) { 16) |

1265529

Place of Offense

VA Credit Union

Offense Description

Entering the premises
under the influence of alcohol

**DEFENDANT INFORMATION**  Phone (   )

| Last Name | First Name | M I |
|---|---|---|
| Fiumefreddo | Sohn | |

Street Address

| City | State | Zip Code | DOB (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53214 | 58 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | | 8093 |

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair Brown | Eyes | Height 5-07 | Weight 150 |

**VEHICLE DESCRIPTION**  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 200  Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT →  $ 225  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail )

Court Address

517 E. Wisconsin Ave.
Milwaukee, WI 53202

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice /It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

Rev 09/2006          Original  CVB Copy

**Location: WE50 Citation: 1265529 SIDE: B**

**New Citation Search   New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 2, 2008 while exercising my duties as a law enforcement officer in the Eastern District of Wisconsin VA Credit Union employee Magda Miltowski contacted our department regarding an intoxicated male who was causing a disturbance. Lt. Richardsen and I made contact with Fiumefreddo adjacent to the Agent Cashier Office. Fiumefreddo had a strong odor of alcohol emitting from his person and stated he had been drinking alcoholic beverages prior to entering the VA grounds.

The foregoing statement is based upon
- ☑ my personal observation    ☑ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☑ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on _____ 4/5/08 _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 10/15/2008 11 36 20

Case 2:10-mj-00002-AEG   Filed 02/02/10   Page 7 of 25   Document 1

**Location: WE50 Citation: 1265532 SIDE: A**

**New Citation Search New Hearing Search**

**United States District Court**
**Violation Notice**

CVB Location Code

WE-50

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265532 | KOPP | 3002 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 9/5/08@1440 | 38 CFR 1 218 (b) ( ) |

Place of Offense

Bldg #111 ER

Offense Description

Disorderly Conduct,

**DEFENDANT INFORMATION** Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| Fiume Freddola | John | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53214 | 58 |

Drivers License No

| D L State | Social Security No |
|---|---|
| | 8093 |

| □ Adult □ Juvenile | Sex □ Male □ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| | | | | 6-07 | 150 |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW, OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250          Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275          Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail )

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| **517 E. Wisconsin Ave.** **Milwaukee, WI 53202** | Time (hh mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

Rev 03/2008          Original CVB Copy

## Location: WE50 Citation: 1265532 SIDE: B

## New Citation Search  New Hearing Search

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ~~September 5, 2008~~ while exercising my duties as a law enforcement officer in the _Eastern_ District of _Wisconsin_

_I, Ofc. was advised by Officer_
_Bachman that Blume/Breddo_
_was uncooperative, loud and_
_boisterous in the ER, and_
_impeded the normal operation_
_of the ER. Officer Bachman_
_removed Blume Breddo from the_
_ER and brought him to VA_
_Police Operations._

The foregoing statement is based upon

[ ] my personal observation          [ ] my personal investigation

[✓] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on ___9/5/08___     _Officer's Signature_
              Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____
              Date (mm/dd/yyyy)     U S Magistrate Judge

CVB Scan 10/15/2008 11 36 20

**Location: WE50 Citation: 1265601 SIDE: A**

**New Citation Search New Hearing Search**

### United States District Court
### Violation Notice

CVB Location Code
**WE-50**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265601 | Johnson | 5282 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 12/27/08 2238 | 38 CFR 1.218 (a) (H) |

Place of Offense
Building III, VAMC, Emergency Room

Offense Description
Disorderly conduct

**DEFENDANT INFORMATION**   Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| Fiumefreddo | John | A |

Street Address ▓▓▓▓

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53233 | ▓▓ 58 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | | 8093 |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female | Hair | Eyes | Height | Weight

**VEHICLE DESCRIPTION**   VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | |
|---|---|
| $ 250 | Forfeiture Amount |
| | + $25 Processing Fee |
| **PAY THIS AMOUNT →**   $ 275 | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 517 F Wisconsin Ave. Milwaukee, WI 53202 | Time (hh mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Rev 03/2006      Original - CVB Copy

**Location: WE50 Citation: 1265601 SIDE: B**

**New Citation Search  New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Dec. 27, 20 08 while exercising my duties as a
law enforcement officer in the Eastern District of WI

John Fiumefreddo was disorderly
by being loud and boisterous in
the Emergency Room of the
Veterans Affairs Medical Center.
He pulled out his IV causing blood
to stream from his hand, risking
VAMC employees and patients to
exposure of the bodily fluid.
Fiumefreddo was pounding on the glass
window of room 1158A. He threatened
to slap the "dogshit" out of me.
Officer Phoenix. He called me a
ignorant Mother-Fucker, a punk-ass
Bitch and a fuckin fag." He threatened
Officer Gary Hart, saying " I'll knock
your punk-ass out." He was verbally
aggressive to a VA Police. His conduct
was inappropriate language, intimidated
medical staff and patients in the
clinic area. His behavior impeded
the normal operation of service.

The foregoing statement is based upon
 ✓ my personal observation                    my personal investigation
    information supplied to me from my fellow officer s observation
    other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on  12/27/08                    _____
             Date (mm/dd/yyyy)        Officer s Signature

Probable cause has been stated for the issuance of a warrant

Executed on  _____
             Date (mm/dd/yyyy)      U S Magistrate Judge

Case 2:10-mj-00002-AEG   Filed 02/02/10   Page 11 of 25   Document 1

**Location: WE50 Citation: 1266713 SIDE: A**

New Citation Search  New Hearing Search

## United States District Court
### Violation Notice

CVB Location Code

# WE-50

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1266713 | Bachmann | 3947 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 3/3/2008 2237 | 38 CFR 1 218 (b) (11 ) |

Place of Offense

Bldg # 111  Emergency Room

Offense Description

Disorderly Conduct

**DEFENDANT INFORMATION** | Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| Fiumefreddo | John | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53204 | 1958 |

| Drivers License No | | D L State | Social Security No |
|---|---|---|---|

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair Gray | Eyes Brn | Height 5-08 | Weight 145 |
|---|---|---|---|---|---|

**VEHICLE DESCRIPTION** | VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

**B** ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00    Forfeiture Amount
+ $25  Processing Fee

**PAY THIS AMOUNT →**    $ 275.00    Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address

517 E. Wisconsin Ave.,
Milwaukee, WI 53202

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature  Refused

Rev 03/2008    Original - CVB Copy

Case 2:10-mj-00002-AEG  Filed 02/02/10  Page 12 of 25  Document 1

## Location: WE50 Citation: 1266713 SIDE: B

## New Citation Search  New Hearing Search

4.

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on $3/3$ ____ , 20 $08$ while exercising my duties as a
law enforcement officer in the $Eastern$ District of $Wisconsin$

I observed the reverse listed individual
disrupt the normal operation of the ER
by slamming a door, yelling very loudly
and swearing at staff.

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon

☒ my personal observation                  my personal investigation

information supplied to me from my fellow officer s observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on $3/3/2008$

Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
              Date (mm/dd/yyyy)     U S Magistrate Judge

CVB Scan 4/7/2008  11 52 55

**Location: WE50 Citation: 1265804 SIDE: A**

**New Citation Search  New Hearing Search**

**United States District Court**
**Violation Notice**

CVB Location Code

"WE-50"

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265804 | Brown | 2517 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 8/15/2009  1545 | 38 CFR 1.218 (b) ( 11 ) |

Place of Offense

Bldg # 111  ER

Offense Description

Disorderly Conduct which Creates
Loud, Boisterous and Unusual noise

**DEFENDANT INFORMATION**  Phone (     )      -

| Last Name | First Name | M I |
|---|---|---|
| Frume Freddo | John | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53208 | 1958 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| F571645846306 | WI | 8093 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRN | BRN | 508 | 155 |

**VEHICLE DESCRIPTION**  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
|  |  |  |  |  |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ 250 00  Forfeiture Amount

+ $25  Processing Fee

**PAY THIS AMOUNT →** $ 275 00  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 517 E Wisconsin Ave., Milwaukee, WI 53202 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

**Location: WE50 Citation: 1265804 SIDE: B**

**New Citation Search  New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/15 _ _ _ _ _ 20 09 _ while exercising my duties as a
law enforcement officer in the Eastern_____ District of Wisconsin_

I Officer Brown VA POlice, Milwaukee Wisconsin
issued this citation for Disorderly conduct
~~to Fiumefreddo~~: John A while I was escorting
~~him in the ER . Fiumefreddo is a Category 1~~
escort and be escorted at all times by a Police
While in the ER for treatment. Fiumefreddo
yelled in a loud voice and boisterous voice
"You're a fat MotherFucker aren't you" This
statement offended the ER Staff and other
Veterans that were sitting waiting for
treatment. Fiumefreddo became increasing loud
each minute and used profane language several t
times. Fiumefreddo used profane language
while in the holding cell and shouted loudly
He verbally threatened Officer Brown with
physical harm.

The foregoing statement is based upon
      my personal observation                    my personal investigation
      information supplied to me from my fellow officer's observation
      other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on 08/15/2009     Officer's Signature
          Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____
          Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB Scan 9/2/2009 12 09 44

Case 2:10-mj-00002-AEG   Filed 02/02/10   Page 15 of 25   Document 1

**Location: WE50 Citation: 1265518 SIDE: A**

New Citation Search  New Hearing Search

## United States District Court
### Violation Notice

CVB Location Code
**"WE-50"**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265518 | Bachmann | 3947 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 5/1/2009 2250 Hr | 38 CFR : . '(11) |

Place of Offense

Bldg III  ER Lobby

Offense Description

Creating A Disturbance by yelling
Profanities in The ER Lobby

| DEFENDANT INFORMATION | Phone ( ) - |
|---|---|

| Last Name | First Name | M I |
|---|---|---|
| FIUMEFreDDO | John | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53233 | 1958 |

| Drivers License No | D L State | Social Security No |
|---|---|---|

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

| VEHICLE DESCRIPTION | VIN |
|---|---|

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 517 E. Wisconsin Ave. Milwaukee, WI 53202 | Time (hh mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

**Location: WE50 Citation: 1265518 SIDE: B**

**New Citation Search  New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __5-1____ 20_09_ while exercising my duties as a
law enforcement officer in the _Eastern_ District of _California_

I observed the reverse listed individual
disrupt the normal operation of the FR
waiting area by being loud and boisterous
yelling profanities. All information received
from one identification the individual had
on his person

The foregoing statement is based upon

☒ my personal observation              my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on __05/01/2009__    _53_____
            Date (mm/dd/yyyy)    Officer's Signature

*Probable cause has been stated for the issuance of a warrant*

Executed on _____
            Date (mm/dd/yyyy)    U S Magistrate Judge
      CVB Scan 5/27/2009 12 03 31

Location: WE50 Citation: 1266710 SIDE: A

New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code

**WE-50**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| **1266710** | Bachman | 3947 |

1266710

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/30/2007 @ 1284 | 38 CFR 1 218 (b) (11) |

Place of Offense

Bldg #111 ER

Offense Description

Disorderly Conduct

| **DEFENDANT INFORMATION** | Phone (   ) |
|---|---|

| Last Name | First Name | M I |
|---|---|---|
| Fumefroddo | John | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Milwaukee | WI | 53222 | 1958 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | | -8693 |

| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair Gry | Eyes Bro | Height S-08 | Weight 185 |
|---|---|---|---|---|---|

**VEHICLE DESCRIPTION**  VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250 ⁰⁰   Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275 ⁰⁰   Total Collateral Due ·

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail )

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 517 E. Wisconsin Ave.; Milwaukee, WI 53202 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature   Refused to sign

**Location: WE50 Citation: 1266710 SIDE: B**

**New Citation Search  New Hearing Search**

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 12-30 , 2007 while exercising my duties as a
law enforcement officer in the Easter District of Wisconsin

I observed the remorse listed individual
disrupt the normal operation of the ER
by being courteous and yelling profanities.
All information received front previous
contact with the individual

The foregoing statement is based upon

☒ my personal observation               my personal investigation
information supplied to me from my fellow officers observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on 12/38/2007 _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 2/7/2008 16 34 30

## Location: WE50 Citation: 1266644 SIDE: A

### New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code

**"WE-50"**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| **1266644** | *Bachmann* | *3947* |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| *4/18/2008  1247* | 38 CFR 1 218 (b) (8 ) |

Place of Offense

*Bldg 111 Stairwell 1 1st Floor*

Offense Description

*ENTRY into Area Closed*
*To The public or others*
*(Trespass)*

**DEFENDANT INFORMATION** | Phone (    )

| Last Name | First Name | M I |
|---|---|---|
| *FiumeFreddo* | *John* | *A* |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| *Milwaukee* | *WI* | *53295* | *1968* |

Drivers License No | D L State | Social Security No

| ☑ Adult ☐ Juvenile | Sex ☑ Male ☐ Female | Hair *Bro* | Eyes *Brd* | Height *5-07* | Weight *145* |
|---|---|---|---|---|---|

**VEHICLE DESCRIPTION** | VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ *50.00* Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** | $ *75.00* Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail )

Court Address **517 E. Wisconsin Ave.,**
**Milwaukee, WI  53202**

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

(Rev 03/2008)               Original - CVB Copy

**Location: WE50 Citation: 1266644 SIDE: B**

**New Citation Search** **New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 7/15 _____, 20 08 while exercising my duties as a
law enforcement officer in the Eastern District of Wisconsin

I observed the reverse listed individual
inside of building #111 without a police
escort. This individual is to have a
Police escort at all times while in
the building

The foregoing statement is based upon

☒ my personal observation         my personal investigation

    information supplied to me from my fellow officer's observation

    other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on _____ 7/15/2008 _____
    Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
    Date (mm/dd/yyyy)    U S Magistrate Judge

CVB Scan 4/24/2008 12 11 33

**Location: WE50 Citation: 1117395 SIDE: A**

New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code: **WE-50**

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1117395 | O'BRIEN | 582 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 04/12/2009, 2029

Offense Charged ☐ CFR ☐ USC ☐ State Code: 38 CFR 1 218 (b) (11)

Place of Offense: VAMC - MILWAUKEE, WI. EMERGENCY ROOM

Offense Description: DISORDERLY CONDUCT

**DEFENDANT INFORMATION** Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| FIUMEFREDDO | JOHN | A. |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MILWAUKEE | WI | 53233 | 1958 |

| Drivers License No | D L State | Social Security No |
|---|---|---|

☐ Adult ☐ Juvenile  Sex ☐ Male ☐ Female  Hair  Eyes  Height  Weight

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 517 E. Wisconsin Av. all Milwaukee, WI 53202 | Time (hh mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature _____

**Location: WE50 Citation: 1117395 SIDE: B**

**New Citation Search  New Hearing Search**

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _12 APRIL_, 20 _09_ while exercising my duties as a
law enforcement officer in the _EASTERN_ District of _WISCONSIN_

I WAS DISPATCHED TO THE
EMERGENCY ROOM FOR A COMPLAINT
INVOLVING MR. JOHN FINNEFREDDO.
MR FINNEFREDDO BECAME
DISRUPTIVE IN THE ER BY
REFUSING TO COMPLY WITH
DIRECTIONS GIVEN TO HIM BY
THE MEDICAL STAFF. AT ONE
POINT MR FINNEFREDDO HAD
THREATENED THE NURSING STAFF
WITH PHYSICAL VIOLENCE. MR
FINNEFREDDO WAS PLACED ON
CONSTANT WATCH BY AN OFFICER
AND CONTINUED TO DISRUPTIVE
PATIENT CARE ACTIVITIES BY
HIS ACTIONS AND OUT BURSTS.

The foregoing statement is based upon

☒ my personal observation          ☒ my personal investigation

   information supplied to me from my fellow officer's observation

☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge

Executed on _04/12/2009_
          Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
          Date (mm/dd/yyyy)      U S Magistrate Judge

CVB Scan 5/14/2009  14 59 31

## Location: WE50 Citation: 1265620 SIDE: A

## New Citation Search  New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code
WE-50

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 1265620 | Johnson | 3382 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/01/09 @ 0358

Offense Charged ☐ CFR ☐ USC ☐ State Code: 38 CFR 1 218 (b) ( 11 )

Place of Offense: Building 111, VAMC, ER

Offense Description: Disorderly Conduct

**DEFENDANT INFORMATION** Phone ( )

Last Name: Fiumefreddo

First Name: John

M I: A

Street Address: ▓▓▓▓▓▓

City: Milwaukee   State: WI   Zip Code: 53214

Date of Birth (mm/dd/yyyy): 1958

Drivers License No:   D L State:   Social Security No:

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: Grey   Eyes:   Height: 5'7"   Weight: 150

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT see INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ 250 Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 275 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address:

**517 E Wisconsin Ave.**
**Milwaukee WI 53202**

Date (mm/dd/yyyy):

Time (hh mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

**Location: WE50 Citation: 1265620 SIDE: B**

**New Citation Search  New Hearing Search**

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _Jan 01_, 20 _09_ while exercising my duties as a
law enforcement officer in the _Eastern_ District of _WI_

I officer Johnson observed
John Fiumefreddo enter the
emergency room of Building III
VAMC. He became loud and
boisterous in the patient care
area. Fiumefreddo looked over
at me and yelled, "You punk
Mother Fucker, where were you
trained?" While in an exam room
he stood in the doorway yelling at
medical staff saying, "I'm a Vietnam
Veteran with 100% disability." I
verbally directed him to stop yelling and
to sit down but he refused to comply.
Fiumefreddo kicked a wheelchair
causing it to fall over and slam into a
door. When instructed to stop Fiumefreddo
stood up and aggressively approached me
with his hands clenched in a fist and took
a open stance. He made a physical threat
towards me saying my asst arms hurts
but I still got a bitch. He used profanity
saying "God Damn crazy here" "Fat ass
stinky Bitch." His actions imposed the
serious disruption of services in plain of
my personal investigation.

The foregoing statement is based upon

X my personal observation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on _01_/_01_/_09_                    _[signature]_
　　　　　Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
　　　　　Date (mm/dd/yyyy)      U.S. Magistrate Judge

CVB Scan 2/24/2009 10 30 09